AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 10:27 am, Aug 04, 2020*

TYRONE MIDDLETON,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV218-6
CR216-12

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 31st day of July 2020, the Court construes Middleton's § 2255 Motion as a request to file an out-of-time appeal, and granting Ground One of Middleton's § 2255 Motion, vacating the judgment in Middleton's criminal case, and re-imposing the identical sentence. Judgment is hereby entered, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF GEORGIA

Date: August 4, 2020

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk



GAS Rev 10/1/03